UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAYMOND SMITH,

                              Plaintiff,                  **JUDGMENT**
                                                                     CV-10-1397 (ARL)

   -against-


COUNTY OF SUFFOLK and RICHARD DORMER,
individually and in his official capacity, as
Suffolk County Police Commissioner,

                              Defendants.
-------------------------------------------------------------------X

      A Memorandum and Order of Magistrate Judge Arlene R. Lindsay, having been filed on February 27, 2013, granting defendants' motion for summary judgment with respect to plaintiff's federal claim, dismissing plaintiff's state law claim without prejudice to renewal in state court, denying plaintiff's cross-motion for partial summary judgment, and directing the Clerk of Court to enter judgment for defendants on plaintiff's federal claim and to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion for summary judgment is granted with respect to plaintiff's federal claim; that plaintiff's state law claim is dismissed without prejudice to renewal in state court; that plaintiff's cross-motion for partial summary judgment is denied; and that this case is hereby closed.


Dated: Central Islip, New York
       March 4, 2013

                                                                    DOUGLAS C. PALMER
                                                                      CLERK OF THE COURT

                                                    BY:   /S/ CATHERINE VUKOVICH
                                                                       DEPUTY CLERK